# Third District Court of Appeal

## State of Florida

Opinion filed November 24, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1464
Lower Tribunal Nos. 17-314-A-K, 17-160-A-K, & 17-164-A-K

_____

**Jeffrey Ray Sundwall,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal from the Circuit Court for Monroe County, Mark H. Jones, Judge.

Jeffrey Ray Sundwall, in proper person.

Ashley Moody, Attorney General, and Sandra Lipman, Assistant Attorney General, for appellee.

Before LINDSEY, HENDON, and MILLER, JJ.

PER CURIAM.

Affirmed without prejudice to the filing of a motion for postconviction relief pursuant to Florida Rule of Criminal Procedure 3.850. <u>See</u> Fla. R. Crim. P. 3.170(*l*) ("A defendant who pleads guilty or nolo contendere without expressly reserving the right to appeal a legally dispositive issue may file a motion to withdraw the plea within thirty days after the rendition of the sentence . . . ."); <u>State v. Bullard</u>, 858 So. 2d 1189, 1192 (Fla. 2d DCA 2003) ("[W]e note that the trial court should not have ordered a new trial on the count for battery on a law enforcement officer because Bullard had already entered a plea on that charge.").